Mark F. Anderson SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorneys for Plaintiff Inna Spivak Borboa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA SPIVAK BORBOA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION LLC and<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　Defendants. | Case No. 3:13-cv-02637 SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Whereas, the Court set the initial Case Management Conference on September 13, 2013, at 2:30 PM;

Whereas, plaintiff's counsel will be in San Diego on that day to attend his son's wedding;

Whereas, defendants have no objection to continuing the Case Management Conference to September 20, 2013;

IT IS HEREBY STIPULATED by and between counsel that the Case Management Conference may be continued to September 20, 2013, at 1:30 PM or on such other date as may be convenient to the Court.

//

STIP & ORDER TO CONTINUE CMC - Case No. C 13-02637 SI

| | | |
|---|---|---|
| 1 | Dated: July 29, 2013 | /s/*Mark F. Anderson* |
| | | Mark F. Anderson, SBN 44787 |
| 2 | | Anderson, Ogilvie & Brewer LLP |
| | | 235 Montgomery Street |
| 3 | | San Francisco, CA 94104 |
| | | Ste 914 |
| 4 | | Phone: 415.651.1951 |
| | | Fax: 415.500.8300 |
| 5 | | mark@aoblawyers.com |
| 6 | | Attorney for Plaintiff |
| 7 | Date: July 29, 2013 | */s/ Terri R. Brown* (IN 26279-49) |
| 8 | | Terri R. Brown |
| | | (Admitted *Pro Hac Vice*) |
| 9 | | Schuckit & Associates, P.C. |
| | | 4545 Northwestern Drive |
| 10 | | Zionsville, IN 46077 |
| | | Phone: 317.363.2400 |
| 11 | | Fax: 317.363.2257 |
| 12 | | tbrown@schuckitlaw.com |
| 13 | | */s/ Monica Katz-Lapides* |
| | | Monica Katz-Lapides (SBN 257231) |
| 14 | | Tate & Associates |
| | | 1321 8th Street, Suite 4 |
| 15 | | Berkeley, CA 94710 |
| | | Phone: 510.525.5100 |
| 16 | | Fax: 510.525.5130 |
| | | Email: mkl@tateandassociates-law.com |
| 17 | | *Counsel for Defendant Trans Union, LLC* |
| 18 | Dated: July 29, 2013 | */s/ Thomas P. Quinn (SBN 132268)* |
| 19 | | Thomas P. Quinn |
| | | NOKES & QUINN |
| 20 | | 410 Broadway, Suite 210 |
| | | Laguna Beach, CA 92651 |
| 21 | | Phone: 949.376.3500 |
| 22 | | Fax: 949.376.3070 |
| | | Email: tquinn@nokesquinn.com |
| 23 | | |
| 24 | | *Ian Smith* |
| | | King & Spalding LLP |
| 25 | | 1180 Peachtree Street, N.E. |
| | | Atlanta, GA 30309-3521 |
| 26 | | Phone: 404.215.5908 |
| | | Fax: 404.572.5100 |
| 27 | | Email: ismith@kslaw.com |
| 28 | | Attorneys for Equifax Information Services LLC |

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the parties' stipulation and for good cause shown, the Case Management Conference is hereby continued to September 20, 2013, at 2:30 PM.

Dated: July _30_ 2013.

_____
Judge of the U.S. District Court