1  Mark F. Anderson SBN 44787
   Anderson, Ogilvie & Brewer LLP
2  235 Montgomery Street
   San Francisco, CA 94104
3  Ste 914
   Phone: 415.651.1951
4  Fax: 415.500.8300
   mark@aoblawyers.com

5  Attorneys for Plaintiff Inna Spivak Borboa

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  INNA SPIVAK BORBOA,                    ) Case No. 3:13-cv-02637 SI
                                           )
12                          Plaintiff,     ) **STIPULATION AND ORDER TO**
                                           ) **CONTINUE CASE MANAGEMENT**
13           vs.                           ) **CONFERENCE**
                                           )
14  TRANS UNION LLC and                    )
    EQUIFAX INFORMATION SERVICES, LLC,     )
15                                         )
                            Defendants.    )
16                                         )
                                           )
17  _____)

18

19      Whereas, the Court set the initial Case Management Conference on September 13, 2013, at

20  2:30 PM;

21      Whereas, plaintiff's counsel will be in San Diego on that day to attend his son's wedding;

22      Whereas, defendants have no objection to continuing the Case Management Conference to

23  September 20, 2013;

24      IT IS HEREBY STIPULATED by and between counsel that the Case Management

25  Conference may be continued to September 20, 2013, at 1:30 PM or on such other date as may be

26  convenient to the Court.

27  //

28

                                    - 1 -

| | |
|---|---|
| 1 | Dated: July 29, 2013 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated: July 29, 2013

/s/*Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Ste 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff

Date: July 29, 2013

/s/ *Terri R. Brown* (IN 26279-49)

Terri R. Brown
 (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Phone: 317.363.2400
Fax: 317.363.2257
tbrown@schuckitlaw.com

/s/ *Monica Katz-Lapides*
Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

Dated: July 29, 2013

/s/ *Thomas P. Quinn (SBN 132268)*
Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

*Ian Smith*
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Phone: 404.215.5908
Fax: 404.572.5100
Email: ismith@kslaw.com

Attorneys for Equifax Information Services LLC

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the parties' stipulation and for good cause shown, the Case Management

Conference is hereby continued to September 20, 2013, at 2:30 PM.

Dated: July _30_2013.

_____

Judge of the U.S. District Court

- 3 -

JOINT CASE MANAGEMENT STATEMENT - Case No. 13-02102-JSC