IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNA SPIVAK BOROA,                                No. C 13-02637 SI

                    Plaintiff,                    **PRETRIAL PREPARATION ORDER**

        v.

TRANS UNION LLC ET AL,

                    Defendant.
_____/

        It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 17, 2014  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 14, 2014.

DESIGNATION OF EXPERTS: 1/10/14; REBUTTAL: 1/24/14.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 14, 2014 .

DISPOSITIVE MOTIONS **SHALL** be filed by ; April 25, 2014

        Opp. Due May 9, 2014 ;  Reply Due May 16, 2014;

         and set for hearing no later than May 30, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 15, 2014 at 3:30 PM.

JURY TRIAL DATE: July 28, 2014 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur by the end of December 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/23/13                                    _____
                                                  SUSAN ILLSTON
                                                  United States District Judge

United States District Court
For the Northern District of California